# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Watkins, William K. | U.S. District Court, M.D. AL | 05/09/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse
1Church Street, E300
Montgomery, AL 36104

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Manager/Sole Member | Rosewood Martin, LLC |
| 2. Managing Member | DQV, LLC |
| 3. Director, Shareholder | Powermaster, Inc. |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

# FINANCIAL DISCLOSURE REPORT

Page 2 of 7

Name of Person Reporting

Watkins, William K.

Date of Report

05/09/2012

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 4/15/2011 | State of Albama Income Tax Refund from 2010 | $2,612.00 |
| 2. 4/15/2011 | Federal income tax refund from 2010 | $3,007.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Spouse's Medical Outreach Ministries Salary reported on Form W-2 |
| 2. 2011 | Spouse's Healthcare Authority of Baptist Health Salary reported on Form W-2 |
| 3. 2011 | Non-employee compensation received from TEVA Neuroscience, Inc and reported on form 1099 |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 05/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | DQV, LLC Real Estate Loan | N |
| 2. | Troy Bank and Trust Company | Turkey Mountain Real Estate Loan | L |
| 3. | Regions Bank | Line of Credit | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental - DQV, LLC (51% interest), Troy, AL *See VIII | E | Rent | N | W | | | | | |
| 2. Pike Co. AL. Farm #1 | | None | O | W | | | | | |
| 3. Farm (1/4 interest), Coffee County, AL | | None | L | W | | | | | |
| 4. North Carolina, Jackson Co. Lot 1 (Appraisal 7/23/04) | | None | M | W | | | | | |
| 5. North Carolina, Jackson Co. Lot 2 *See VIII | | None | K | W | | | | | |
| 6. North Carolina Land, Jackson Co. (Appraisal 8/8/02) | | None | N | W | | | | | |
| 7. Barn Property Troy, AL | | None | K | W | | | | | |
| 8. Pike Co. AL Farm #3 | | None | L | W | | | | | |
| 9. Pike Co. AL Farm #4 - Mineral | | None | J | W | | | | | |
| 10. Pike Co. AL Farm #5 - Mineral | | None | J | W | | | | | |
| 11. Pike Co. AL Farm #6 (19% interest) | | None | K | W | | | | | |
| 12. Pike Co. AL Farm #6 (19% interest) Mineral | | None | J | W | | | | | |
| 13. WE, LLC (50% interest) | | None | J | W | | | | | |
| 14. Powermaster, Inc. (1/3 interest) | | None | K | W | | | | | |
| 15. Regions Financial Corp. - common | A | Dividend | | | Sold | 01/31/11 | J | A | |
| 16. American Funds - Investment Co. of America Class C Share | A | Dividend | J | T | | | | | |
| 17. Wells Fargo Common Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. E. D. Moseley Note | | None | J | U | | | | | |
| 19. Wells Fargo Bank (formerly Wachovia Bank) - Dimensions Acct. | A | Interest | J | T | | | | | |
| 20. Principal: Variable Universal Life Policy | A | Int./Div. | J | T | | | | | |
| 21. Principal #302 WKW 318 Variable Universal Life | A | Int./Div. | J | U | | | | | |
| 22. Northwestern Mutual TM 010 Extraordinary Life | A | Int./Div. | J | T | | | | | |
| 23. American Funds - Investment Co. America Class A Shares | A | Dividend | L | T | | | | | |
| 24. American Funds - Capital Income Builder Fund Class F | D | Dividend | M | T | | | | | |
| 25. Columbia Seligman Communications & Info. Fund Class C | | None | J | T | | | | | |
| 26. American Funds - Wash Mutl Invs Fd Inc Class A Shares | B | Dividend | L | T | | | | | |
| 27. Colonial BancGroup Inc. | | None | J | T | | | | | |
| 28. LPL Financial IRA Account Brokerage Cash-Insured Deposit Fnd | A | Interest | J | T | | | | | |
| 29. LPL Financial IRA Account Brokerage Cash-Insured Deposit Fnd | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Watkins, William K. | 05/09/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Line 1 is a commercial restaurant property owned 51% by filer and located in the County of Pike, City of Troy, Alabama. The undeveloped real estate was purchased on August 16, 1994, for $140,000. The commercial restaurant was constructed and placed into service on February 10, 1995, at a cost of $365,000, for a total cost of construction and undeveloped land of $495,000. The property is owned by a limited liability company, which, in turn, is owned 51% by the filer. The filer's ownership of the L.L.C., when it was formed on July 26, 1994, was 45%. The filer acquired an additional 6% ownership by gift on October 10, 2003. Except for the portion received by gift, the cost of the ownership units of the L.L.C. is equivalent to the cost of the undeveloped real property together with construction cost of the commercial restaurant located thereon.

VII. Line 5 was purchased on August 23, 2005, for $27,500.

VII. Line 28 is a money market account held within ███████ IRA account at LPL Financial LLC.

VII. Line 29 is a money market account held within Judge Watkins' IRA account at LPL Financial LLC

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William K. Watkins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544